UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number 1:16-CV-22989-JAL

ANDRES GOMEZ,

    Plaintiff,

v.

TOM FORD INTERNATIONAL,
LLC, AND TOM FORD RETAIL
FLORIDA, LLC,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, Andres Gomez, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a confidential settlement agreement within forty-five (45) days, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 11th day of November, 2016.

        *s/ Scott R. Dinin*
        Scott R. Dinin
        SCOTT R. DININ P.A.
        4200 NW 7th Avenue
        Miami, Florida 33127
        Telephone: (786) 431-1333
        Facsimile: (786) 513-7700
        Email: inbox@dininlaw.com
        *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this this 11th day of November, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Andrew Vitali, III
Homer Bonner Jacobs
1441 Brickell Avenue
Miami, Florida 33131
E-mail: avitali@homerbonner.com
*Counsel for Defendant*

*s/ Scott R. Dinin*