UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-22989-CIV-LENARD

ANDRES GOMEZ,

    Plaintiff,

v.

TOM FORD INTERNATIONAL, LLC, and
TOM FORD RETAIL FLORIDA, LLC

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their respective

undersigned counsel, stipulate and agree that the above-captioned action is dismissed with

prejudice. Each party shall bear its respective attorneys' fees and costs, except as otherwise agreed

to by the parties, in writing.

Dated: November 22, 2016.

By: _____
    Scott R. Dinin, Esq.
    Florida Bar No. 97780
    SCOTT R. DININ, P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Tel: (786) 431-1333
    Fax: (786) 513-7700
    Email: inbox@dininlaw.com

    *Counsel for Plaintiff*

By: _____
    Andrew Vitali, III
    Florida Bar No. 57828
    Homer Bonner Jacobs, P.A.
    1200 Four Seasons Tower
    1441 Brickell Avenue
    Miami, Florida 33131
    Tel: (305) 350-5146
    Fax: (305) 372-2738
    Email: avitali@homerbonner.com

    *Counsel for Defendants*